**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GEORGE M. ALEXANDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| v. | ) Civil Action No. 05-248J |
| | ) Judge Gibson |
| | ) Magistrate Judge Caiazza |
| FEDERAL BUREAU OF PRISONS, | ) In Re: Doc. 8 |
| et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM ORDER**

The Plaintiff's complaint was received by the Clerk of Court
on May 9, 2006, and was referred to United States Magistrate
Judge Francis X. Caiazza for pretrial proceedings in accordance
with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3
and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on
May 22, 2006, recommended that the Moving Defendants' Motion For
Summary Judgment be granted in part and denied in part. It should
be granted with respect to the Plaintiff's claims against the
Federal Bureau of Prisons. It should likewise be granted with
respect to Plaintiff's claims based upon his disciplinary charge
and sanctions. The Motion should be denied, however, with respect
to his claims relating to the conditions of confinement during
his stay in the Special Housing Unit. Finally, the Plaintiff's
claims that relate to his use of a telephone and typewriter are
dismissed, *sua sponte*, because he has failed to state a claim

upon which relief can be granted.

The parties were allowed ten days from the date of service to file objections. Service was made on the Plaintiff by First Class United States Mail and on the Defendants. No objections have been filed. After review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this ___**9th**___ day of ___**June**___, 2006,

IT IS HEREBY ORDERED that the Moving Defendants' Motion For Summary Judgment is GRANTED in part and DENIED in part. It is GRANTED with respect to the Plaintiff's claims against the Federal Bureau of Prisons and GRANTED with respect to Plaintiff's claims based upon his disciplinary charge and sanctions.

IT IS FURTHER ORDERED that the Motion is DENIED with respect to his claims relating to the conditions of confinement during his stay in the Special Housing Unit.

IT IS FURTHER ORDERED that the Plaintiff's claims that relate to his use of a telephone and typewriter are DISMISSED, *sua sponte*, because he has failed to state a claim upon which relief can be granted.

The Report and Recommendation of Magistrate Judge Caiazza, (Doc. 15), dated May 22, 2006, is adopted as the opinion of the court.

June **9**, 2006

Kim R. Gibson
U.S. District Court Judge

cc:
George M. Alexander
3623 Lytle Road
Shaker Heights, OH 44122-4922

Megan E. Farrell
United States Attorney's Office

3