## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
GEORGE M. ALEXANDER,           )
                               )
        Plaintiff,             )   Civil Action No. 05-248J
                               )
    v.                         )   Judge Gibson
                               )   Magistrate Judge Caiazza
FEDERAL BUREAU OF PRISONS,     )
et al.,                        )
                               )
        Defendants.            )
```

### MEMORANDUM ORDER

George M. Alexander's complaint pursuant to 42 U.S.C. §1983 was filed on May 9, 2005, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on January 30, 2007, recommended that the Defendants' Motion to Dismiss or for Summary Judgment be granted. The parties were allowed ten days from the date of service to file objections. Objections were filed by the Plaintiff on February 15, 2007.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the objections filed, the following order is entered:

AND NOW, this 28th day of February, 2007,

IT IS HEREBY ORDERED that the Defendants' Motion to Dismiss or for Summary Judgment (Doc. 18) be granted.

The Report and Recommendation of Magistrate Judge Caiazza,

(Doc. 24), dated January 30, 2007, is adopted as the opinion of the court.

/s/ Kim R. Gibson
Kim R. Gibson
U.S. District Court Judge

cc: George M. Alexander
    3623 Lytle Road
    Shaker Heights, OH 44122